# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

THIRD DEGREE FILMS,

        Plaintiff,

v.

DOES 1 – 80,

        Defendants.

CIVIL ACTION No.: 1:12-cv-10535

Plaintiff, THIRD DEGREE FILMS, reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Timestamp (U.S. Eastern Time) |
| --- | --- | --- |
| Doe 10 | 173.76.221.244 | 12/3/11 21:13 |
| Doe 15 | 24.128.230.176 | 11/30/11 16:14 |
| Doe 16 | 24.147.179.179 | 12/14/11 2:59 |
| Doe 31 | 66.31.31.97 | 12/18/11 12:31 |
| Doe 35 | 68.187.228.48 | 1/8/12 2:59 |
| Doe 45 | 71.232.32.14 | 1/3/12 21:59 |
| Doe 54 | 74.76.79.177 | 11/18/11 19:36 |
| Doe 58 | 76.118.176.127 | 11/17/11 0:21 |
| Doe 62 | 76.19.40.85 | 12/19/11 23:43 |

Plaintiff dismisses <u>with prejudice</u> each of the specific Defendants listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on May 12, 2012,

    FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.