# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THIRD DEGREE FILMS,<br><br>    Plaintiff,<br>v.<br><br>DOES 1 – 80,<br><br>    Defendants. | CIVIL ACTION No.:  1:12-cv-10535<br><br>**DISMISSAL WITH PREJUDICE OF SPECIFIC DOE DEFENDANTS** |

Plaintiff reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 67 | 96.252.105.53 | 2012-01-05 21:42:56 -0500 |
| Doe 75 | 98.217.37.246 | 2011-12-29 21:08:37 -0500 |
| Doe 2 | 107.3.93.52 | 2011-12-17 13:17:36 -0500 |
| Doe 28 | 66.30.153.162 | 2012-01-09 22:47:08 -0500 |
| Doe 40 | 71.192.173.219 | 2011-11-29 02:46:24 -0500 |
| Doe 46 | 71.232.34.201 | 2012-01-08 08:45:34 -0500 |
| Doe 52 | 74.104.158.190 | 2012-01-02 17:13:49 -0500 |
| Doe 53 | 74.104.191.133 | 2012-01-14 16:49:59 -0500 |
| Doe 64 | 76.28.119.68 | 2011-12-08 03:48:04 -0500 |
| Doe 79 | 98.229.165.119 | 2011-11-20 14:14:51 -0500 |

Plaintiff dismisses <u>with prejudice</u> each of the specific Defendants listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on June 2, 2012,

FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#:  680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.