# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**THIRD DEGREE FILMS**,

    *Plaintiff*,

v.

**DOES 1 – 80**,

    *Defendants*.

CIVIL ACTION No.: 1:12-cv-10535

**Dismissal with Prejudice of Specific Does**

Plaintiff reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
| --- | --- | --- |
| Doe 50 | 72.70.50.124 | 2011-12-01 21:16:58 -0500 |
| Doe 60 | 76.119.117.233 | 2011-11-27 19:51:03 -0500 |
| Doe 76 | 98.217.67.174 | 2011-12-31 02:35:01 -0500 |
| Doe 80 | 98.229.39.234 | 2011-11-26 15:03:18 -0500 |

Plaintiff dismisses *with* prejudice each of the specific Defendants listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on July 5, 2012,

                                                  FOR THE PLAINTIFF:

                                                  Marvin Cable, Esq.
                                                  BBO#: 680968
                                                  LAW OFFICES OF MARVIN CABLE
                                                  P.O. Box 1630
                                                  Northampton, MA 01061
                                                  P: (413) 268-6500
                                                  F: (413) 268-6500
                                                  E: law@marvincable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                                  Marvin Cable, Esq.